for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Samuel B. Fortenbaugh, Jr.* and *John R. Young* for petitioner. *Acting Solicitor General Washington, William S. Tyson, Bessie Margolin* and *Morton Liftin* for respondent.

No. 1248. BRADFORD *v.* UNITED STATES. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. Petitioner *pro se.* *Acting Solicitor General Washington, Robert S. Erdahl* and *Philip R. Monahan* for the United States.

No. 1253. GLOVER *v.* COFFING, TRUSTEE IN BANKRUPTCY, ET AL. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker* and *Jay E. Darlington* for petitioner. *Alfred P. Draper* for respondents.

No. 1254. MAYFIELD, ADMINISTRATRIX, *v.* KANSAS CITY LIFE INSURANCE Co. May 19, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Owen W. Crumpacker, George Cohan* and *Jay E. Darlington* for petitioner. *Owen Rall* for respondent.

No. 1318. DAVIS ET AL. *v.* PENN MUTUAL LIFE INSURANCE Co. May 19, 1947. Petition for writ of certiorari to the Supreme Court of Georgia denied. *W. S. Northcutt*